WALKER STEVENS CANNOM LLP
Hannah L. Cannom (SBN 245635)
hcannom@wscllp.com
Bethany M. Stevens (SBN 245672)
bstevens@wscllp.com
500 Molino Street, Suite 118
Los Angeles, CA 90013
Telephone: (213) 337-9972
Facsimile: (213) 403-4906

Attorneys for Applicants APPLE INC.;
APPLE RETAIL UK LIMITED; and
APPLE DISTRIBUTION INTERNATIONAL LIMITED

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>APPLE INC.; APPLE RETAIL UK LIMITED; AND APPLE DISTRIBUTION INTERNATIONAL LIMITED<br><br>Applicants,<br><br>For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Intel Corporation for Use in Foreign Proceedings. | CASE NO. 5:20-mc-80109-VKD<br><br>**JOINT MOTION FOR STIPULATED PROTECTIVE ORDER** |

On July 8, 2020, the Court granted the *Ex Parte* Application of Apple[1] for an Order pursuant to 28 U.S.C. § 1782 (the "Order"), and authorized Apple to serve a subpoena upon Intel Corporation ("Intel") in aid of foreign litigations pending in the United Kingdom between Apple and Optis Cellular Technology LLC, Optis Wireless Technology LLC, and Unwired Planet International Limited (collectively, "Optis").

Apple, Intel, and Optis, by and through their undersigned counsel, hereby jointly move the Court to enter the Stipulated Protective Order, attached hereto as **Exhibit 1**, to govern the confidentiality of information and documents produced by Intel in response to the subpoena served by Apple in this action as authorized by the Court's Order.

Dated: October 2, 2020        WALKER STEVENS CANNOM LLP

By: */s/ Hannah L. Cannom*
Hannah L. Cannom (SBN 245635)
hcannom@wscllp.com
500 Molino Street, Suite 118
Los Angeles, CA 90013
Telephone: (213) 337-9972
Facsimile: (213) 403-4906

Attorneys for Applicants APPLE INC.;
APPLE RETAIL UK LIMITED; and
APPLE DISTRIBUTION INTERNATIONAL
LIMITED

Dated: October 5, 2020        IRELL & MANELLA LLP

By: */s/ Ingrid Petersen*

Ingrid Petersen (California Bar No. 313927)
ipetersen@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 760-0991

---

[1] Except as otherwise indicated, as used herein, "Apple" means Apple Inc., Apple Retail UK Limited, and Apple Distribution International Limited.

|  |  | Attorneys for Optis Cellular Technology LLC, Optis Wireless Technology LLC, and Unwired Planet International Limited |
|---|---|---|

Dated:  October 2, 2020          PERKINS COIE LLP

By: */s/ Timothy J. Franks*

Timothy J. Franks, Bar No. 197645
tfranks@perkinscoie.com
2901 North Central Avenue, Suite 2000
Phoenix, AZ 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000

Attorneys for Intel Corporation

**ATTESTATION OF E-FILED SIGNATURES**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Optis and Intel.

Dated:  October 6, 2020	WALKER STEVENS CANNOM LLP

By: */s/ Hannah L. Cannom*
Hannah L. Cannom (SBN 245635)
hcannom@wscllp.com
500 Molino Street, Suite 118
Los Angeles, CA 90013
Telephone: (213) 337-9972
Facsimile: (213) 403-4906

Attorneys for Applicants APPLE INC.;
APPLE RETAIL UK LIMITED; and
APPLE DISTRIBUTION INTERNATIONAL LIMITED